UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Shancis Garcia

Write the full name of each plaintiff.

22 CV 09897

_____CV_____
(Include case number if one has been
assigned)

-against-

Wordpress.com
Et al

COMPLAINT

Do you want a jury trial?
☐ Yes   ☑ No

Write the full name of each defendant. If you need more
space, please write "see attached" in the space above and
attach an additional sheet of paper with the full list of
names. The names listed above must be identical to those
contained in Section II.

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed
with the court should therefore *not* contain: an individual's full social security number or full
birth date; the full name of a person known to be a minor; or a complete financial account
number. A filing may include *only*: the last four digits of a social security number; the year of
an individual's birth; a minor's initials; and the last four digits of a financial account number.
See Federal Rule of Civil Procedure 5.2.

---

Rev. 1/9/17

## I.   BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑  **Federal Question**

☐  **Diversity of Citizenship**

### A.   If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

The federal question before the court is whether the Wordpress staff's actions of unlawful intimidation, intimidation and harassment Please see attachment

### B.   If you checked Diversity of Citizenship

#### 1.   Citizenship of the parties

Of what State is each party a citizen?

The plaintiff , _____ , is a citizen of the State of

(Plaintiff's name)

_____

(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____ .

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, _____, is a citizen of the State of
                  (Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or
subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, _Wordpress_____, is incorporated under the laws of
the State of _CA_____

and has its principal place of business in the State of _San Francisco_

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing
information for each additional defendant.

## II.  PARTIES

## A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional
pages if needed.

_Shaneis_____   _M_____   _Garcia_____
First Name          Middle Initial        Last Name

_471 8th Ave unit # 554_____
Street Address

_New York_____   _NY_   _10001_
County, City          State        Zip Code

_347-715-1997_   _Shaneis.garcia@gmail.com_
Telephone Number      Email Address (if available)

**B. Defendant Information**

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:     Kel

First Name                 Last Name

Wordpress Support

Current Job Title (or other identifying information)

Automattic Inc. 60 29th St. #343

Current Work Address (or other address where defendant may be served)

San francisco CA 94110

County, City              State           Zip Code

Defendant 2:     Ed T.

First Name                 Last Name

Wordpress Support

Current Job Title (or other identifying information)

Automattic Inc. 60 29th St. #343

Current Work Address (or other address where defendant may be served)

San francisco CA 94110

County, City              State           Zip Code

Defendant 3:     Riaz

First Name                 Last Name

Wordpress Support

Current Job Title (or other identifying information)

Automattic Inc. 60 29th St. #343

Current Work Address (or other address where defendant may be served)

San francisco CA 94110

County, City              State           Zip Code

Defendant 4:  Amy ✓

First Name                    Last Name

WordPress Support

Current Job Title (or other identifying information)

Automattic Inc. 60 29th st. #343

Current Work Address (or other address where defendant may be served)

San Francisco    CA        94110

County, City              State            Zip Code

Please see attachment

## III. STATEMENT OF CLAIM

Place(s) of occurrence:  The incident occurred online
on the          WordPress Platform,
and by email.

Date(s) of occurrence:  July 31, 2022 - current

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

In the interest of full disclosure,
I am the petitioner in this case
and have suffered greatly at the
hands of Wordpress staff. As is
detailed in 18 U.S.C. S 2261A,
I have been subjected to a course
of conduct that has caused me
severe emotional distress. This
matter is ongoing, and I have
been forced to take legal action
in order to seek relief from the
incessant harassment. Wordpress
has created an online platform
that they are using to target me
please see attachment

Defendant Information continued:

Defendant #5 Bryan f.
Wordpress support
Automattic Inc. 60 29th st. #343
San francisco, CA 94110

Defendant #6 James H
Wordpress support
Automattic Inc. 60 29th st. #343
San francisco, CA 94110

Defendant #7 Khristian S
Wordpress support
Automattic Inc. 60 29th st. #343
San francisco, CA 94110

Defendant #8 N B
Wordpress support
Automattic Inc. 60 29th st. #343
San francisco, CA 94110

Defendant #9 Wordpress.com
Owner
Automattic Inc. 60 29th st. #343
San francisco, CA 94110

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

The Wordpress Staff's actions have caused The Plaintiff great emotional distress, anxiety, and fear for her safety. The Plaintiff has suffered financial damages as Please See attachment

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

The Plaintiff in This case is requesting a number of remedy Measures from The court, including one trillion dollars in money damages as well as a restraining Please See attachment

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | |
|---|---|
| 11 - 20 - 2022 | _Shaneis M Garcia_ |
| Dated | Plaintiff's Signature |

| | | |
|---|---|---|
| Shaneis | M | Garcia |
| First Name | Middle Initial | Last Name |

421 8th Ave Apt # 5541
Street Address

| | | |
|---|---|---|
| New York | NY | 10001 |
| County, City | State | Zip Code |

| | |
|---|---|
| 347 - 715 - 1997 | Shaneis.garcia@gmail.com |
| Telephone Number | Email Address (if available) |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☑ Yes   ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

Federal Question continued:

desecration of property, Internet stalking, and internet crime are unconstitutionally overbroad. The federal question of these offenses is whether the defendants' actions constituted a true threat to the plaintiff of an intention to cause physical harm or property damage. The federal question is whether the Wordpress staff's actions were so severe and pervasive as to constitute a hostile work environment in violation of the plaintiff's right to be free from discrimination in the terms and conditions of her employment.

facts continued: page 1

and my business, and I am
asking the court to step in
and help put a stop to this
illegal activity.

After I registered my
Sung Dynasty website with
Wordpress and transferred
my domain name to Shopify, I
began to experience harassment
from Wordpress to develop
my website and continue to
do business with them. Prior
to transferring to Shopify,
my website was disabled
and I was unable to edit
it. The admin panel was
displayed on the public
pages, stating that
Javascript had been
disabled. When I contacted
Wordpress support, they
stated that nothing was
wrong with my website.
However, after further
investigation, it was
determined that Wordpress
had indeed disabled
my website and removed
my ability to edit it.
After an arduous
amount of time spent

facts continued, page 2

Sending emails to Wordpress,
Wordpress responded after
the domain name was
transferred. As a result
of this harassment, I am
filing a lawsuit against
Wordpress in federal court.

Upon logging into my Wordpress
account in September, after
I received an email from
Woocommerce, I was alarmed
to discover that my shopify
website had been cloned
into the Wordpress platform.
After a brief investigation,
I discovered that the
cloning had occurred
without my knowledge or
consent. I immediately
contacted Wordpress
support and requested
that they take down
the cloned website.
After an arduous amount
of time spent sending
emails to Wordpress
and speaking to shopify
support. They took the
cloned website down
hours later, and replaced
it with a new domain

facts continued: page 3

name and website under
my account. This process
was exasperating and
time-consuming. it is unclear
why Wordpress would not
respond to multiple inquiries.
furthermore, taking down
the       cloned website and
replacing it with a new
one caused major issues.

I allege that Wordpress
has repeatedly harassed
me and my business since
they have cloned my
website. The conversation
to discuss a settlement
has only caused further
harm to my business.
I believe that I am
being cyberattacked
by Wordpress staff and
it is causing damage
to my business, including
loss of sales. I have
been unable to take the
password protection off
of my website for the
public to access the site
due to the continued
harassment from
Wordpress staff. I

facts continued on page 4

have previously told them
that I was going to file
a lawsuit against them
and a police report, but
they have not ceased
their attempts to contact
me to do business with
me. As a result of their
actions, I am seeking
relief in the form of an
injunction to stop
Wordpress from continuing
their attempts to do
business with me or
contact me in any way.
Additionally, I am
seeking damages for
the harm that they
have caused to my
business.

On November 17, 2022, I
was forced to go to the
police station to report
Wordpress for contacting
me to do business with
them. After I let them
know that the following
week I was going to
file the complaint
with the court and
warning that I was

facts continued to page 5

suing to file a police report
if they contacted me after
I filed the complaint with
the court, the 90th precinct
briefly reviewed some of
the case files and stated
that they would file a
complaint after the court
grants the case against
Wordpress. This incident
has caused me a great
deal of stress and
anxiety, and I hope
that by filing this
police report, I can
put an end to this
harassment.

Injuries continued: page 1

a result of the defendant's actions. The defendant's actions have also caused the plaintiff to suffer physical damages. The defendant's actions have caused the plaintiff to miss work, resulting in lost wages. The defendant's actions has also caused the plaintiff to suffer from a loss of productivity at work. The plaintiff has also suffered from a loss of opportunity to advance in her career. As a result of the defendant's actions, the plaintiff has extended mental health therapy and continues to take medication. The emotional distress, anxiety, and fear caused by the defendant's actions have had a profound effect on the plaintiff's life. The physical and financial damages she has suffered are significant. These damages have not only cost her money, but

Injuries continued to page 3

They have also cost her time, opportunity, and mental and physical health. The defendant's actions were inexcusable and have had a lasting impact on the plaintiff.

Relief continued:

order against Wordpress. The plaintiff specifically wants all of her accounts on Wordpress terminated and for Wordpress to be restricted from contacting all entities of Sung Dynasty, as well as all of the plaintiff's other businesses. Additionally, the plaintiff is requesting that Wordpress be restricted from copying any of the plaintiff's websites. These remedy measures are being requested in order to protect the plaintiff's businesses from further harm that could be caused by Wordpress.

 Gmail

ANTONIO COOK <grandstreetbusinesscenter@gmail.com>

## Fwd: [-] WordPress.com Pro: Blog setup
20 messages

**Shaneis** <sungdynastycourtpapers@gmail.com>                                    Fri, Nov 18, 2022 at 9:25 AM
To: grandstreetbusinesscenter@gmail.com

---------- Forwarded message ---------
From: **Shaneis Garcia** <shaneis.garcia@gmail.com>
Date: Fri, Nov 18, 2022, 6:28 AM
Subject: Fwd: [-] WordPress.com Pro: Blog setup
To: <sungdynastycourtpapers@gmail.com>

---------- Forwarded message ---------
From: **WordPress.com Support** <help@wordpress.com>
Date: Sun, Jul 31, 2022, 6:10 AM
Subject: [-] WordPress.com Pro: Blog setup
To: shaneisgarcia <shaneis.garcia@gmail.com>

**Kel (Automattic)**
Jul 31, 2022, 10:10 UTC

Hi!

    I no longer need your support. Thank you

Thanks for your update! If you have any questions or need any help, feel free to message us back. We're happy to help you!

Best,

Kel - Happiness Engineer

    Visit WP Courses for world-class courses on how to get started with your WordPress.com site.

This email is a service from Automattic.

**Shaneis** <sungdynastycourtpapers@gmail.com>                                    Fri, Nov 18, 2022 at 9:25 AM
To: grandstreetbusinesscenter@gmail.com

---------- Forwarded message ---------
From: **Shaneis Garcia** <shaneis.garcia@gmail.com>
Date: Fri, Nov 18, 2022, 6:31 AM
Subject: Fwd: [-] WordPress.com Pro: Blog setup
To: <sungdynastycourtpapers@gmail.com>


---------- Forwarded message ---------
From: **Shaneis Garcia** <shaneis.garcia@gmail.com>
Date: Sun, Jul 31, 2022, 6:23 AM
Subject: Re: [-] WordPress.com Pro: Blog setup
To: WordPress.com Support <help@wordpress.com>

There seems to be a problem with editing the website and it is saying that Javascript is enabled or that my browser does not support it and the website was working fine the last time I worked on it. Can you see what the problem is?
[Quoted text hidden]

**Shaneis** <sungdynastycourtpapers@gmail.com>                                    Fri, Nov 18, 2022 at 9:26 AM
To: grandstreetbusinesscenter@gmail.com

---------- Forwarded message ---------
From: **Shaneis Garcia** <shaneis.garcia@gmail.com>
Date: Fri, Nov 18, 2022, 6:37 AM
Subject: Fwd: [-] WordPress.com Pro: Blog setup
To: <sungdynastycourtpapers@gmail.com>


---------- Forwarded message ---------
From: **Shaneis Garcia** <shaneis.garcia@gmail.com>
Date: Sun, Jul 31, 2022, 6:39 AM
Subject: Re: [-] WordPress.com Pro: Blog setup
To: WordPress.com Support <help@wordpress.com>

I don't know who enabled the website but if I can't work on it, it will be shut down.

[Quoted text hidden]

---

**Shaneis** <sungdynastycourtpapers@gmail.com>                                              Fri, Nov 18, 2022 at 9:26 AM
To: grandstreetbusinesscenter@gmail.com

    ---------- Forwarded message ---------
    From: **Shaneis Garcia** <shaneis.garcia@gmail.com>
    Date: Fri, Nov 18, 2022, 6:38 AM
    Subject: Fwd: [-] WordPress.com Pro: Blog setup
    To: <sungdynastycourtpapers@gmail.com>

    ---------- Forwarded message ---------
    From: **Shaneis Garcia** <shaneis.garcia@gmail.com>
    Date: Sun, Jul 31, 2022, 6:43 AM
    Subject: Re: [-] WordPress.com Pro: Blog setup
    To: WordPress.com Support <help@wordpress.com>

    I don't understand how all of a sudden the website needs Javascript or it's not working properly.

    [Quoted text hidden]

---

**Shaneis** <sungdynastycourtpapers@gmail.com>                                              Fri, Nov 18, 2022 at 9:26 AM
To: grandstreetbusinesscenter@gmail.com

    ---------- Forwarded message ---------
    From: **Shaneis Garcia** <shaneis.garcia@gmail.com>
    Date: Fri, Nov 18, 2022, 6:40 AM
    Subject: Fwd: [-] WordPress.com Pro: Blog setup
    To: <sungdynastycourtpapers@gmail.com>

    ---------- Forwarded message ---------
    From: **Shaneis Garcia** <shaneis.garcia@gmail.com>
    Date: Sun, Jul 31, 2022, 9:14 AM
    Subject: Re: [-] WordPress.com Pro: Blog setup
    To: WordPress.com Support <help@wordpress.com>

    Someone from WordPress disabled my website and I am going to find out who to report it to. The website is not functioning and I did not give anyone access to it.

On Sun, Jul 31, 2022, 8:26 AM WordPress.com Support <help@wordpress.com> wrote:

**Kel (Automattic)**

Jul 31, 2022, 12:26 UTC

Hi!

There seems to be a problem with editing the website and it is saying that Javascript is enabled or that my browser does not support it and the website was working fine the last time I worked on it. Can you see what the problem is?

I don't know who enabled the website but if I can't work on it, it will be shut down.

I don't understand how all of a sudden the website needs Javascript or it's not working properly.

I've checked your site in our logs and Jetpack is connected, and there are no errors.

To assist you further:

- Can you please share to me the link where you're editing your site and see "Javascript is enabled or that my browser does not support it"?

- How does it look like when you edit the site on another browser?

- What browser are you currently using and which version https://updatemybrowser.org/ ?

- Please also share screenshots of what you see.
  Here's a step-by-step guide to taking a screenshot – https://en.support.wordpress.com/make-a-screenshot Then upload the images to this email so we can take a look, we're happy to help!

Best,

Kel - Happiness Engineer

Visit WP Courses for world-class courses on how to get started with your WordPress.com site.

This email is a service from Automattic.

**Shaneis** <sungdynastycourtpapers@gmail.com>                                    Fri, Nov 18, 2022 at 9:27 AM
To: grandstreetbusinesscenter@gmail.com

---------- Forwarded message ---------
From: **Shaneis Garcia** <shaneis.garcia@gmail.com>
Date: Fri, Nov 18, 2022, 6:41 AM
Subject: Fwd: [-] WordPress.com Pro: Blog setup
To: <sungdynastycourtpapers@gmail.com>

---------- Forwarded message ---------
From: **WordPress.com Support** <help@wordpress.com>
Date: Sun, Jul 31, 2022, 10:53 AM
Subject: [-] WordPress.com Pro: Blog setup
To: shaneisgarcia <shaneis.garcia@gmail.com>

**Ed T. (Automattic)**

Jul 31, 2022, 14:52 UTC

Hi there!

Someone from WordPress disabled my website and I am going to find out who to report it to. The website is not functioning and I did not give anyone access to it.

The only change I'm seeing to your site is that the  sung-dynasty.com  domain that you had set as the primary domain was transferred to Shopify -- your site is still available at  sungdynastycom.wpcomstaging.com , and you can use a different domain as your site's primary domain from the  Upgrades > Domains area of WordPress.com here: https://wordpress.com/domains/manage/sungdynastycom.wpcomstaging.com

We have a guide on making that change here: https://wordpress.com/support/domains/#set-a-primary-address

As my colleague mentioned, if you can give us more details as to where you're seeing the error about  Javascript is enabled or that my browser does not support it , we'll be happy to look into what's going on!

I hope this helps! Please let us know if there's any other information we can provide.

Ed T.

Happiness Engineer | WordPress.com / WooCommerce.com

This email is a service from Automattic.

---

**Shaneis** <sungdynastycourtpapers@gmail.com>                                    Fri, Nov 18, 2022 at 9:28 AM
To: grandstreetbusinesscenter@gmail.com

---------- Forwarded message ---------
From: **Shaneis Garcia** <shaneis.garcia@gmail.com>
Date: Fri, Nov 18, 2022, 6:42 AM
Subject: Fwd: [-] WordPress.com Pro: Blog setup
To: <sungdynastycourtpapers@gmail.com>

---------- Forwarded message ---------
From: **Shaneis Garcia** <shaneis.garcia@gmail.com>
Date: Tue, Aug 2, 2022, 2:44 PM
Subject: Re: [-] WordPress.com Pro: Blog setup
To: WordPress.com Support <help@wordpress.com>

I would advise you to stop sending me emails to continue the service. There is no way that my website was disabled and you don't know what happened. When things quiet down I will delete everything. I don't advise you to keep tabs on the site or anything that I have to do with it.
[Quoted text hidden]

---

**Shaneis** <sungdynastycourtpapers@gmail.com>                                    Fri, Nov 18, 2022 at 9:28 AM
To: grandstreetbusinesscenter@gmail.com

---------- Forwarded message ---------
From: **Shaneis Garcia** <shaneis.garcia@gmail.com>
Date: Fri, Nov 18, 2022, 6:43 AM

Subject: Fwd: [-] WordPress.com Pro: Blog setup
To: <sungdynastycourtpapers@gmail.com>

---------- Forwarded message ---------
From: **WordPress.com Support** <help@wordpress.com>
Date: Wed, Aug 3, 2022, 2:42 AM
Subject: [-] WordPress.com Pro: Blog setup
To: shaneisgarcia <shaneis.garcia@gmail.com>

**Riyaz (Automattic)**

Aug 3, 2022, 06:42 UTC

Hi there,

> I would advise you to stop sending me emails to continue the service. There is no way that my website was disabled and you don't know what happened. When things quiet down I will delete everything. I don't advise you to keep tabs on the site or anything that I have to do with it.

I'm sorry to hear that you do not want to continue your subscription with us and would like to delete all the content later. I understand you do not want us to do anything to your website. I want to assure you that we do not make any changes to your site without your explicit request/approval. That being said, we'd take a pause here and like to know if you have any questions or need any help right now?

I see you mentioned earlier that your website was taken down by someone and you wanted to report it and also you were seeing some error. As my colleague has mentioned below that your WordPress.com site is accessible through  sungdynastycom.wpcomstaging.com  so that should confirm the site has not been taken down. However, we'd love to help you with the error message you mentioned earlier. If you'd like us to help you with that, please share more information about it like where exactly do you see that error and what steps you take to get that error. A screenshot would be super helpful too.

Please feel free to let us know if you have any questions or need further help.

Thanks,

Riyaz

Happiness Engineer @ WordPress.com | Automattic

For free daily live demos on how to get started with your WordPress.com site, including audience Q&A, visit wordpress.com/webinars for details on webinar topics, schedule, and registration.

This email is a service from Automattic.

**Shaneis** <sungdynastycourtpapers@gmail.com>                                    Fri, Nov 18, 2022 at 9:28 AM
To: grandstreetbusinesscenter@gmail.com

---------- Forwarded message ---------
From: **Shaneis Garcia** <shaneis.garcia@gmail.com>
Date: Fri, Nov 18, 2022, 6:44 AM
Subject: Fwd: [-] WordPress.com Pro: Blog setup
To: <sungdynastycourtpapers@gmail.com>

---------- Forwarded message ---------
From: **WordPress.com Support** <help@wordpress.com>
Date: Mon, Aug 8, 2022, 12:42 PM
Subject: [-] WordPress.com Pro: Blog setup
To: shaneisgarcia <shaneis.garcia@gmail.com>

**Anu V (Automattic)**
Aug 8, 2022, 16:42 UTC

Hi there,

Won't the fuck you give me a refund instead of being in contact with me about my business. Stop wasting my time and this is like the third time I have told you.

I understand that you do not want to be contacted anymore about your business, and we will honor that. However, I wanted to make sure that you do not incur any more costs and have the information you need to cancel.

You mentioned that you wanted to cancel everything, and will be deleting content, and wanted a refund. Regarding the refund, you are currently past the refund period so we can't offer a refund at this time. You can review our refund policy here:

In terms of the current purchases you have with us, that you mentioned you would be cancelling you have a Pro Plan and the following domain (sungdynastycom.net). Both of these are currently set to renew in mid April of 2023. Here is a screenshot for reference:



If you would like to not renew these I recommend that you log into your account and turn off the auto-renew on these purchases. You can do that by going to the following link and clicking on each purchase where you will see an option to disable the auto-renew. or if you'd prefer, cancel the purchase altogether.

if you are looking to hold on to your domain (sungdynastycom.net), then you could either keep it with us and renew it, or follow the instructions in the following document to transfer it out to the registrar of your choice: https://wordpress.com/support/domains/transfer-domain-registration/

I hope this answers any of your questions, and provides you with the appropriate information should you choose to leave WordPress.com.

Please feel free to reach out to us if you have any further questions!

Best,

Anu V

Happiness Engineer @ **WordPress.com | Automattic**

---

*Find out if these solutions apply to your site before submitting a ticket: Get the Most from WordPress.com*
*PS: Our tickets **self-close** if we haven't heard back from you within **7 days**.*
*If that happens and you still need assistance, please feel free to **reply** to the closed ticket, and it will **re-open**.*

This email is a service from Automattic.



**renewals.png**
77K

**Shaneis** <sungdynastycourtpapers@gmail.com>                                Fri, Nov 18, 2022 at 9:29 AM
To: grandstreetbusinesscenter@gmail.com

---------- Forwarded message ---------
From: **Shaneis Garcia** <shaneis.garcia@gmail.com>

Date: Fri, Nov 18, 2022, 6:45 AM
Subject: Fwd: [-] WordPress.com Pro: Blog setup
To: <sungdynastycourtpapers@gmail.com>


---------- Forwarded message ---------
From: **Shaneis Garcia** <shaneis.garcia@gmail.com>
Date: Mon, Aug 8, 2022, 12:43 PM
Subject: Re: [-] WordPress.com Pro: Blog setup
To: WordPress.com Support <help@wordpress.com>


What fucking cost?
[Quoted text hidden]

**Shaneis** <sungdynastycourtpapers@gmail.com>                    Fri, Nov 18, 2022 at 9:29 AM
To: grandstreetbusinesscenter@gmail.com


---------- Forwarded message ---------
From: **Shaneis Garcia** <shaneis.garcia@gmail.com>
Date: Fri, Nov 18, 2022, 6:45 AM
Subject: Fwd: [-] WordPress.com Pro: Blog setup
To: <sungdynastycourtpapers@gmail.com>


---------- Forwarded message ---------
From: **Shaneis Garcia** <shaneis.garcia@gmail.com>
Date: Mon, Aug 8, 2022, 12:46 PM
Subject: Re: [-] WordPress.com Pro: Blog setup
To: WordPress.com Support <help@wordpress.com>


Fuck around with me if you want I have not assigned the domain to you, there should be no website.
[Quoted text hidden]

**Shaneis** <sungdynastycourtpapers@gmail.com>                    Fri, Nov 18, 2022 at 9:30 AM
To: grandstreetbusinesscenter@gmail.com


---------- Forwarded message ---------
From: **Shaneis Garcia** <shaneis.garcia@gmail.com>
Date: Fri, Nov 18, 2022, 6:46 AM
Subject: Fwd: [-] WordPress.com Pro: Blog setup
To: <sungdynastycourtpapers@gmail.com>

---------- Forwarded message ----------
From: **Shaneis Garcia** <shaneis.garcia@gmail.com>
Date: Mon, Aug 8, 2022, 12:47 PM
Subject: Re: [-] WordPress.com Pro: Blog setup
To: WordPress.com Support <help@wordpress.com>

Charge my card without me approving anything and I will sue your ass.

[Quoted text hidden]

---

**Shaneis** <sungdynastycourtpapers@gmail.com>                    Fri, Nov 18, 2022 at 9:30 AM
To: grandstreetbusinesscenter@gmail.com

---------- Forwarded message ----------
From: **Shaneis Garcia** <shaneis.garcia@gmail.com>
Date: Fri, Nov 18, 2022, 6:46 AM
Subject: Fwd: [-] WordPress.com Pro: Blog setup
To: <sungdynastycourtpapers@gmail.com>

---------- Forwarded message ----------
From: **Shaneis Garcia** <shaneis.garcia@gmail.com>
Date: Mon, Aug 8, 2022, 12:49 PM
Subject: Re: [-] WordPress.com Pro: Blog setup
To: WordPress.com Support <help@wordpress.com>

How do you have a website and domain that you can charge me for if the domain was transferred? Fuck with me if you want!

[Quoted text hidden]

---------- Forwarded message ---------
From: **Shaneis Garcia** <shaneis.garcia@gmail.com>
Date: Mon, Aug 8, 2022, 12:50 PM
Subject: Re: [-] WordPress.com Pro: Blog setup
To: WordPress.com Support <help@wordpress.com>

Get your story straight, I am not playing with you.
[Quoted text hidden]

---

**Shaneis** <sungdynastycourtpapers@gmail.com>
To: grandstreetbusinesscenter@gmail.com

Fri, Nov 18, 2022 at 9:31 AM

---------- Forwarded message ---------
From: **Shaneis Garcia** <shaneis.garcia@gmail.com>
Date: Fri, Nov 18, 2022, 6:47 AM
Subject: Fwd: [-] WordPress.com Pro: Blog setup
To: <sungdynastycourtpapers@gmail.com>

---------- Forwarded message ---------
From: **Shaneis Garcia** <shaneis.garcia@gmail.com>
Date: Mon, Aug 8, 2022, 12:55 PM
Subject: Re: [-] WordPress.com Pro: Blog setup
To: WordPress.com Support <help@wordpress.com>

You are telling me that I have a website with you, and where I authorized it?
[Quoted text hidden]

---

**Shaneis** <sungdynastycourtpapers@gmail.com>
To: grandstreetbusinesscenter@gmail.com

Fri, Nov 18, 2022 at 9:31 AM

---------- Forwarded message ---------
From: **Shaneis Garcia** <shaneis.garcia@gmail.com>
Date: Fri, Nov 18, 2022, 6:48 AM
Subject: Fwd: [-] WordPress.com Pro: Blog setup
To: <sungdynastycourtpapers@gmail.com>

---------- Forwarded message ---------
From: **Shaneis Garcia** <shaneis.garcia@gmail.com>
Date: Mon, Aug 8, 2022, 12:58 PM

Subject: Re: [-] WordPress.com Pro: Blog setup
To: WordPress.com Support <help@wordpress.com>

This year is paid for, so what charge? Touch my card before I get ready to access your site.

On Mon, Aug 8, 2022, 12:56 PM WordPress.com Support <help@wordpress.com> wrote:

**WB (Automattic)**

Aug 8, 2022, 16:56 UTC

Hi there,

How do you have a website and domain that you can charge me for if the domain was transferred? Fuck with me if you want!

As my colleague mentioned, turning off auto-renewal will ensure you are not charged for the WordPress.com Pro plan. You can manually turn that off from here:

https://wordpress.com/me/purchases/sungdynastycom.wpcomstaging.com/18939874

We would also be happy to turn this off from our end, for all subscriptions, if you'd like. Please confirm that you would like auto-renew off for the following:

- Domain Registration: sungdynastycom.net
- WordPress.com Pro Plan

The domain name sungdynastycom.net is still active and can be transferred out anytime before 2023-05-13 via:

https://en.support.wordpress.com/move-domain/transfer-domain-registration/

I will now close this ticket, but please feel free to reply if you need anything else.

Wyn | WordPress.com

This email is a service from Automattic.

**Shaneis** <sungdynastycourtpapers@gmail.com>                    Fri, Nov 18, 2022 at 9:31 AM
To: grandstreetbusinesscenter@gmail.com

---------- Forwarded message ---------
From: **Shaneis Garcia** <shaneis.garcia@gmail.com>
Date: Fri, Nov 18, 2022, 6:49 AM
Subject: Fwd: [-] WordPress.com Pro: Blog setup
To: <sungdynastycourtpapers@gmail.com>


---------- Forwarded message ---------
From: **Shaneis Garcia** <shaneis.garcia@gmail.com>
Date: Mon, Aug 8, 2022, 1:03 PM
Subject: Re: [-] WordPress.com Pro: Blog setup
To: WordPress.com Support <help@wordpress.com>

Don't make me talk too much on this email. There should not be any pro to be renewed at the moment to be honest.
[Quoted text hidden]

**Shaneis** <sungdynastycourtpapers@gmail.com>                    Fri, Nov 18, 2022 at 9:32 AM
To: grandstreetbusinesscenter@gmail.com

---------- Forwarded message ---------
From: **Shaneis Garcia** <shaneis.garcia@gmail.com>
Date: Fri, Nov 18, 2022, 6:49 AM
Subject: Fwd: [-] WordPress.com Pro: Blog setup
To: <sungdynastycourtpapers@gmail.com>


---------- Forwarded message ---------
From: **Shaneis Garcia** <shaneis.garcia@gmail.com>
Date: Mon, Aug 8, 2022, 1:07 PM
Subject: Re: [-] WordPress.com Pro: Blog setup
To: WordPress.com Support <help@wordpress.com>

If you lie to me again, I am going to sue WordPress.
[Quoted text hidden]

**Shaneis** <sungdynastycourtpapers@gmail.com>                    Fri, Nov 18, 2022 at 9:32 AM
To: grandstreetbusinesscenter@gmail.com

---------- Forwarded message ---------
From: **Shaneis Garcia** <shaneis.garcia@gmail.com>
Date: Fri, Nov 18, 2022, 6:50 AM
Subject: Fwd: [-] WordPress.com Pro: Blog setup
To: <sungdynastycourtpapers@gmail.com>

---------- Forwarded message ---------
From: **Shaneis Garcia** <shaneis.garcia@gmail.com>
Date: Mon, Aug 8, 2022, 1:24 PM
Subject: Re: [-] WordPress.com Pro: Blog setup
To: WordPress.com Support <help@wordpress.com>

The bottom line is that someone disabled my website and you said nothing was wrong with it. I transferred the domain on Sunday and you are still in communication with me and I am waiting for you to stop contacting me. I recently paid for the pro for a year, so how is it possible to renew?
[Quoted text hidden]

**Shaneis** <sungdynastycourtpapers@gmail.com>                                    Fri, Nov 18, 2022 at 9:32 AM
To: grandstreetbusinesscenter@gmail.com

---------- Forwarded message ---------
From: **Shaneis Garcia** <shaneis.garcia@gmail.com>
Date: Fri, Nov 18, 2022, 6:51 AM
Subject: Fwd: [-] WordPress.com Pro: Blog setup
To: <sungdynastycourtpapers@gmail.com>

---------- Forwarded message ---------
From: **WordPress.com Support** <help@wordpress.com>
Date: Mon, Aug 8, 2022, 1:28 PM
Subject: [-] WordPress.com Pro: Blog setup
To: shaneisgarcia <shaneis.garcia@gmail.com>

**WB (Automattic)**

Aug 8, 2022, 17:28 UTC

Hello again,

I went ahead and turned off auto renew for the following subscriptions:

- Domain Registration: sungdynastycom.net (expires: 2023-05-13)
- WordPress.com Pro Plan (expires: 2023-05-12)

**You will not be charged again for anything.** As I mentioned in my previous email, if you'd like to keep the domain name, sungdynastycom.net, you'll want to transfer it to another registrar before the expiration date of 2023-05-13. This has not yet been completed.

All the best,

Wyn | WordPress.com

This email is a service from Automattic.

 Gmail

ANTONIO COOK <grandstreetbusinesscenter@gmail.com>

## Fwd: Shopify Support Chat Logged

1 message

Fri, Nov 18, 2022 at 9:24 AM

**Shaneis** <sungdynastycourtpapers@gmail.com>
To: grandstreetbusinesscenter@gmail.com

---------- Forwarded message ----------
From: **Shaneis Garcia** <shaneis.garcia@gmail.com>
Date: Fri, Nov 18, 2022, 6:59 AM
Subject: Fwd: Shopify Support Chat Logged
To: <sungdynastycourtpapers@gmail.com>

---------- Forwarded message ----------
From: **Yuka (Shopify)** <support@shopify.com>
Date: Wed, Sep 28, 2022, 6:24 AM
Subject: Shopify Support Chat Logged
To: Shaneis Garcia <shaneis.garcia@gmail.com>

Hi **Shaneis**,

Your chat has been logged and can be referenced by the ticket
number **33246617**.

To add further comments, just reply to this email and you'll hear
from us soon!

Yuka (Shopify)

Dispute Resolution Department
PO Box 84048
Columbus GA 31908-4048



10/24/2022

ıılıılıılıılıılıılıılıılıılıılıılıılıılıılıılıılıı
SHANEIS M GARCIA
199 STAGG ST APT 1C          **N0000890
BROOKLYN, NY  11206-1465

Case Number:  C-109690

Dear SHANEIS M GARCIA,.

We received your dispute on 10/24/2022 for the following transaction:

| Case Amount | Merchant Name | Transaction Date |
|---|---|---|
| 195.98 | WORDPRESS YZ4RC2NY8K | 05/12/2022 |

We've started an investigation and have requested more information from the merchant. While we look into it, the transaction will remain on your account; however, it won't be included into this cycle's minimum payment calculation and you won't accrue interest until the dispute is resolved.

If the dispute is resolved in your favor, we'll credit your account. If it isn't, any interest charges that have accrued during the investigation will be included in the minimum payment amount due on your next monthly statement.

If you have any questions, please contact us at www.missionlane.com or call us at 1-866-335-2390.

Sincerely,


Dispute Resolution Department
Mission Lane


Mission Lane LLC does business in Arizona under the trade name Mission Lane Card Services LLC.

015000/20221025/CC7OZM12/9727/7OZ/VS/VCL/100001//399829\90 - 000890 - 0001 - 0001

 Gmail

ANTONIO COOK <grandstreetbusinesscenter@gmail.com>

## Fwd: Sung Dynasty
7 messages

**Shaneis** <sungdynastycourtpapers@gmail.com>                                    Mon, Nov 21, 2022 at 7:55 AM
To: grandstreetbusinesscenter@gmail.com

---------- Forwarded message ----------
From: **Shaneis Garcia** <shaneis.garcia@gmail.com>
Date: Sun, Nov 20, 2022, 4:27 AM
Subject: Fwd: Sung Dynasty
To: <sungdynastycourtpapers@gmail.com>

---------- Forwarded message ----------
From: **Shaneis Garcia** <shaneis.garcia@gmail.com>
Date: Wed, Sep 28, 2022, 3:46 AM
Subject: Sung Dynasty
To: WordPress.com Support <help@wordpress.com>

I would like to know why my Shopify store is showing up on your end. Take it down and terminate it before I take you to court. I can't even log in.

**Shaneis** <sungdynastycourtpapers@gmail.com>                                    Mon, Nov 21, 2022 at 7:56 AM
To: grandstreetbusinesscenter@gmail.com

---------- Forwarded message ----------
From: **Shaneis Garcia** <shaneis.garcia@gmail.com>
Date: Sun, Nov 20, 2022, 4:28 AM
Subject: Fwd: [-] Sung Dynasty
To: <sungdynastycourtpapers@gmail.com>

---------- Forwarded message ----------
From: **WordPress.com Support** <help@wordpress.com>
Date: Wed, Sep 28, 2022, 4:10 AM
Subject: [-] Sung Dynasty
To: shaneisgarcia <shaneis.garcia@gmail.com>

**Bryan F. (Automattic)**
Sep 28, 2022, 08:10 UTC

Hi there,

> I would like to know why my Shopify store is showing up on your end. Take it down and terminate it before I take you to court. I can't even log in.

Could you share more details about this?

You can log into your WordPress.com account to manage any domains or sites.

If you have forgotten your password, you can reset your password at the below link and get a reset email sent to the address you're contacting us from ( shaneis.garcia@gmail.com ):

https://wordpress.com/wp-login.php?action=lostpassword

We'll be on the lookout for your reply.

Best regards,

Bryan F.
Happiness Engineer @
WordPress.com - Automattic

To learn more on how to get the most out of your WordPress.com site, we regularly have free live demos including audience Q&A. Visit https://wordpress.com/webinars for details on webinar topics, schedules, and registration.

This email is a service from Automattic.

**Shaneis** <sungdynastycourtpapers@gmail.com>                                    Mon, Nov 21, 2022 at 7:56 AM
To: grandstreetbusinesscenter@gmail.com

---------- Forwarded message ---------
From: **Shaneis Garcia** <shaneis.garcia@gmail.com>
Date: Sun, Nov 20, 2022, 4:32 AM
Subject: Fwd: [-] Sung Dynasty
To: <sungdynastycourtpapers@gmail.com>

---------- Forwarded message ---------
From: **Shaneis Garcia** <shaneis.garcia@gmail.com>
Date: Wed, Sep 28, 2022, 4:12 AM
Subject: Re: [-] Sung Dynasty
To: WordPress.com Support <help@wordpress.com>

I can not login to WordPress and I am not using my new website password to access it.
[Quoted text hidden]

---

**Shaneis** <sungdynastycourtpapers@gmail.com>                                    Mon, Nov 21, 2022 at 7:57 AM
To: grandstreetbusinesscenter@gmail.com

---------- Forwarded message ---------
From: **Shaneis Garcia** <shaneis.garcia@gmail.com>
Date: Sun, Nov 20, 2022, 4:32 AM
Subject: Fwd: [-] Sung Dynasty
To: <sungdynastycourtpapers@gmail.com>

---------- Forwarded message ---------
From: **Shaneis Garcia** <shaneis.garcia@gmail.com>
Date: Wed, Sep 28, 2022, 4:15 AM
Subject: Re: [-] Sung Dynasty
To: WordPress.com Support <help@wordpress.com>

Take sung dynasty down from WordPress now. I am going to sue you for a lot of money. Take it down now and anything else that relates to it.
[Quoted text hidden]

---

**Shaneis** <sungdynastycourtpapers@gmail.com>                                    Mon, Nov 21, 2022 at 7:57 AM
To: grandstreetbusinesscenter@gmail.com

---------- Forwarded message ---------
From: **Shaneis Garcia** <shaneis.garcia@gmail.com>
Date: Sun, Nov 20, 2022, 4:33 AM
Subject: Fwd: [-] Sung Dynasty
To: <sungdynastycourtpapers@gmail.com>

---------- Forwarded message ---------
From: **Shaneis Garcia** <shaneis.garcia@gmail.com>
Date: Wed, Sep 28, 2022, 4:36 AM
Subject: Re: [-] Sung Dynasty
To: WordPress.com Support <help@wordpress.com>

Sung Dynasty is not opening until it is removed from your site and are you slowing my business down?
[Quoted text hidden]

---

**Shaneis** <sungdynastycourtpapers@gmail.com>                                    Mon, Nov 21, 2022 at 7:57 AM
To: grandstreetbusinesscenter@gmail.com

---------- Forwarded message ---------
From: **Shaneis Garcia** <shaneis.garcia@gmail.com>
Date: Sun, Nov 20, 2022, 4:33 AM
Subject: Fwd: [-] Sung Dynasty
To: <sungdynastycourtpapers@gmail.com>

---------- Forwarded message ---------
From: **Shaneis Garcia** <shaneis.garcia@gmail.com>
Date: Wed, Sep 28, 2022, 9:35 AM
Subject: Re: [-] Sung Dynasty
To: WordPress.com Support <help@wordpress.com>

I have been keeping an eye on the account and you just recently took down my Shopify account and I am still taking you to court for duplicating my website without my knowledge.
[Quoted text hidden]

---

**Shaneis** <sungdynastycourtpapers@gmail.com>                                    Mon, Nov 21, 2022 at 7:58 AM
To: grandstreetbusinesscenter@gmail.com

---------- Forwarded message ---------
From: **Shaneis Garcia** <shaneis.garcia@gmail.com>
Date: Sun, Nov 20, 2022, 4:38 AM
Subject: Fwd: [-] Sung Dynasty
To: <sungdynastycourtpapers@gmail.com>


---------- Forwarded message ---------
From: **WordPress.com Support** <passwordhelp@wordpress.com>
Date: Wed, Sep 28, 2022, 4:13 PM
Subject: [-] Sung Dynasty
To: shaneisgarcia <shaneis.garcia@gmail.com>


## James H (Automattic)

Sep 28, 2022, 20:13 UTC

Hi there,

> I have been keeping an eye on the account and you just recently took down my Shopify account and I am still taking you to court for
> duplicating my website without my knowledge.

The domain names on this account (sungdynastycom.net, matuldabluroseuntouchabledigital.sung-dynasty.com and sung-dynasty.com) were cancelled by you
or someone with access to your account on today's date, likely as part of your request to remove your site from our systems. These domains were registered
with us, but were pointing to your Shopify site. The cancelling of these domains is what now renders your Shopify site offline.

The site on WordPress.com, and the related domains, was registered to this email address in May of 2022. If you wish to delete what remains of your presence
on WordPress.com, please do the following.

1. Access your list of subscriptions on this page, and cancel the subscription for your primary WordPress.com site sungdynastycom.wpcomstaging.com.
   https://wordpress.com/me/purchases

2. Close your WordPress.com account. https://wordpress.com/me/account/close

Please let me know if you have any other questions.

Cheers,

James H

Engineering Happiness for WordPress.com, WooCommerce and Jetpack from Ottawa, Canada

Want to take your site to the next level? Check out any one of our new wordpress.com courses, webinars, or extensive support documentation, or ask us about WordPress's new full site editing features!

**Need help building your site?** Learn more about hiring an expert to build your WordPress.com site for you. Learn more about Built By WordPress.com here.

This email is a service from Automattic.





Sung Dynasty
sung-dynasty.com



🔒 Enter using password



# Opening soon

Be the first to know when we launch.





# Opening soon

Be the first to know when we launch.

Email        →

This shop will be powered by 🛍 **shopify**

Are you the store owner? <u>Log in here</u>





# Go live.

Before you can start to sell with Klarna you need your store to be approved by Klarna. When the installation is done and you are ready to go live, Klarna will need to verify the integration. Then you can go live with your store! If you wish to switch Klarna products then you'll need the Klarna team to approve your store again.

 Go live now

**Get playground credentials**



Klarna.

Screen Options ▾      Help ▾

## Dashboard







< Back

# sungdynastycom.net    ⚙ Active

## Details    ^
Registration and auto-renew

Registered until
May 12, 2023

Registered on
May 13, 2022

 Auto-renew off

Renew now        Payment details

## Set as primary    ⌄
Make this domain your primary site address

## Name servers    ⌄
Your domain is using WordPress.com name
servers



 Gmail

ANTONIO COOK <grandstreetbusinesscenter@gmail.com>

## Fwd: Follow up
11 messages

**Shaneis** <sungdynastycourtpapers@gmail.com>
To: grandstreetbusinesscenter@gmail.com

Mon, Nov 21, 2022 at 7:59 AM

---------- Forwarded message ---------
From: **Shaneis Garcia** <shaneis.garcia@gmail.com>
Date: Sun, Nov 20, 2022, 4:50 AM
Subject: Fwd: Follow up
To: <sungdynastycourtpapers@gmail.com>

---------- Forwarded message ---------
From: **Shaneis Garcia** <shaneis.garcia@gmail.com>
Date: Mon, Oct 24, 2022, 1:43 PM
Subject: Follow up
To: WordPress.com Support <help@wordpress.com>

You cloned my website and you are still trying to get business from me. When I get ready I will see you in court.

**Shaneis** <sungdynastycourtpapers@gmail.com>
To: grandstreetbusinesscenter@gmail.com

Mon, Nov 21, 2022 at 7:59 AM

---------- Forwarded message ---------
From: **Shaneis Garcia** <shaneis.garcia@gmail.com>
Date: Sun, Nov 20, 2022, 4:51 AM
Subject: Fwd: [-] Follow up
To: <sungdynastycourtpapers@gmail.com>

---------- Forwarded message ---------
From: **WordPress.com Support** <help@wordpress.com>
Date: Mon, Oct 24, 2022, 4:59 PM
Subject: [-] Follow up
To: shaneisgarcia <shaneis.garcia@gmail.com>

**Khristian S (Automattic)**

Oct 24, 2022, 20:59 UTC

Hi there!

You cloned my website and you are still trying to get business from me.

Checking your account, you do have a WordPress.com Pro subscription still active but that does have auto-renew turned off, so you can let that expire on 2023-05-12

Are you getting notices for any other subscriptions?

~Khristian~
**Happiness Engineer**

AUTOMATTIC

WordPress Support

♀ *For free daily live demos on how to get started with your WordPress.com site, including audience Q&A, visit wordpress.com/webinars for details on webinar topics, schedule, and registration.*

This email is a service from Automattic.

**Shaneis** <sungdynastycourtpapers@gmail.com>                                      Mon, Nov 21, 2022 at 8:00 AM
To: grandstreetbusinesscenter@gmail.com

---------- Forwarded message ---------
From: **Shaneis Garcia** <shaneis.garcia@gmail.com>
Date: Sun, Nov 20, 2022, 4:51 AM

Date: Mon, Oct 24, 2022, 6:04 PM
Subject: Re: [-] Follow up
To: WordPress.com Support <help@wordpress.com>

For the record, since you are contacting me, you have the option to settle out of court.
[Quoted text hidden]

---

**Shaneis** <sungdynastycourtpapers@gmail.com>                                    Mon, Nov 21, 2022 at 8:02 AM
To: grandstreetbusinesscenter@gmail.com

---------- Forwarded message ---------
From: **Shaneis Garcia** <shaneis.garcia@gmail.com>
Date: Sun, Nov 20, 2022, 4:55 AM
Subject: Fwd: [-] Follow up
To: <sungdynastycourtpapers@gmail.com>


---------- Forwarded message ---------
From: **WordPress.com Support** <help@wordpress.com>
Date: Tue, Oct 25, 2022, 1:03 AM
Subject: [-] Follow up
To: shaneisgarcia <shaneis.garcia@gmail.com>



**Riyaz (Automattic)**

Oct 25, 2022, 05:03 UTC

Hi there,

>Why are there other subscriptions that you are contacting me about when I did not register for anything?

>You actually set up another account under my name without my permission.


I'm not sure if you intended this email for us or someone else. However, if you believe WordPress.com has cloned your website, could you please share

additional details about the cloned website? Note that we don't clone websites as we have millions of websites hosted on our platform. If you see a cloned

website it may be someone else who may have. So we'd like to get more details in order to find out exactly what is happening here.

>Do you have enough reason to not have any contact with me or do you still want to be in contact with the person whose website you cloned and rush the issue to court?

>Secondly, you are talking really stupid for someone who owns a major organization that you cloned my website without paying for it.

>For the record, since you are contacting me, you have the option to settle out of court.

As I mentioned above, please share additional details about the clone so we can take a look. We'll at least need the address of the website that has copied content/layout from your website `sungdynastycom.wpcomstaging.com`.

Please feel free to let us know if you have any questions or need further help.
Thanks,

Riyaz
Happiness Engineer @ WordPress.com | Automattic

For free daily live demos on how to get started with your WordPress.com site, including audience Q&A, visit wordpress.com/webinars for details on webinar topics, schedule, and registration.

This email is a service from Automattic.

---

**Shaneis** <sungdynastycourtpapers@gmail.com>                              Mon, Nov 21, 2022 at 8:03 AM
To: grandstreetbusinesscenter@gmail.com

---------- Forwarded message ---------
From: **Shaneis Garcia** <shaneis.garcia@gmail.com>
Date: Sun, Nov 20, 2022, 4:55 AM
Subject: Fwd: [-] Follow up
To: <sungdynastycourtpapers@gmail.com>


---------- Forwarded message ---------
From: **Shaneis Garcia** <shaneis.garcia@gmail.com>
Date: Tue, Oct 25, 2022, 1:53 AM
Subject: Re: [-] Follow up
To: WordPress.com Support <help@wordpress.com>


I will send you the document here shortly.
[Quoted text hidden]

 Gmail

ANTONIO COOK <grandstreetbusinesscenter@gmail.com>

## Fwd: Request #5655876: Do you still need help?

5 messages

Mon, Nov 21, 2022 at 8:03 AM

**Shaneis** <sungdynastycourtpapers@gmail.com>
To: grandstreetbusinesscenter@gmail.com

---------- Forwarded message ---------
From: **Shaneis Garcia** <shaneis.garcia@gmail.com>
Date: Sun, Nov 20, 2022, 4:56 AM
Subject: Fwd: Request #5655876: Do you still need help?
To: <sungdynastycourtpapers@gmail.com>

---------- Forwarded message ---------
From: **WordPress.com Support** <help@wordpress.com>
Date: Fri, Oct 28, 2022, 3:02 AM
Subject: Request #5655876: Do you still need help?
To: shaneisgarcia <shaneis.garcia@gmail.com>

Howdy!

Thanks for recently contacting WordPress.com. It's been a few days and we haven't heard back from you so we're checking in to find out how things are going.

If you missed our reply, here it is:

**shaneisgarcia**

Oct 25, 2022, 05:53 UTC

I will send you the document here shortly.

Still need help? Just reply to this email.

If everything is resolved we'd love your feedback on our support:

I'm happy with the support experience!
I'm not happy with the support experience.

This email is a service from Automattic.

---

**Shaneis** <sungdynastycourtpapers@gmail.com>                                    Mon, Nov 21, 2022 at 8:03 AM
To: grandstreetbusinesscenter@gmail.com

---------- Forwarded message ---------
From: **Shaneis Garcia** <shaneis.garcia@gmail.com>
Date: Sun, Nov 20, 2022, 4:57 AM
Subject: Fwd: Request #5655876: Do you still need help?
To: <sungdynastycourtpapers@gmail.com>

---------- Forwarded message ---------
From: **Shaneis Garcia** <shaneis.garcia@gmail.com>
Date: Fri, Oct 28, 2022, 2:27 PM
Subject: Re: Request #5655876: Do you still need help?
To: WordPress.com Support <help@wordpress.com>

It is obvious that the matter is a joke to you, but I don't think the owner of WordPress knows that you agreed to receive a settlement agreement, and this email that I received. I will see you in court, and for the second time if I receive another email from you to do business with you after you cloned my website and have been harassing me for months, I have to file a police report.
[Quoted text hidden]

---

**Shaneis** <sungdynastycourtpapers@gmail.com>                                    Mon, Nov 21, 2022 at 8:04 AM
To: grandstreetbusinesscenter@gmail.com

---------- Forwarded message ---------
From: **Shaneis Garcia** <shaneis.garcia@gmail.com>
Date: Sun, Nov 20, 2022, 4:57 AM
Subject: Fwd: Request #5655876: Do you still need help?
To: <sungdynastycourtpapers@gmail.com>

---------- Forwarded message ---------
From: **Shaneis Garcia** <shaneis.garcia@gmail.com>
Date: Fri, Oct 28, 2022, 2:44 PM
Subject: Re: Request #5655876: Do you still need help?
To: WordPress.com Support <help@wordpress.com>

If there was a responsible adult involved or if you have spoken to an attorney you would not have emailed me. I can take as long as I need to get the information I have and you were supposed to wait not to rush for a settlement with me. You can't be trusted and that is why I am observing you.
[Quoted text hidden]

---

**Shaneis** <sungdynastycourtpapers@gmail.com>
To: grandstreetbusinesscenter@gmail.com

Mon, Nov 21, 2022 at 8:04 AM

---------- Forwarded message ---------
From: **Shaneis Garcia** <shaneis.garcia@gmail.com>
Date: Sun, Nov 20, 2022, 4:58 AM
Subject: Fwd: Request #5655876: Do you still need help?
To: <sungdynastycourtpapers@gmail.com>

---------- Forwarded message ---------
From: **Shaneis Garcia** <shaneis.garcia@gmail.com>
Date: Fri, Oct 28, 2022, 2:54 PM
Subject: Re: Request #5655876: Do you still need help?
To: WordPress.com Support <help@wordpress.com>

For the record, I see that there is a bunch of kids playing with my business after you have cloned my website.
[Quoted text hidden]

---

**Shaneis** <sungdynastycourtpapers@gmail.com>
To: grandstreetbusinesscenter@gmail.com

Mon, Nov 21, 2022 at 8:04 AM

---------- Forwarded message ---------
From: **Shaneis Garcia** <shaneis.garcia@gmail.com>
Date: Sun, Nov 20, 2022, 4:58 AM
Subject: Fwd: Request #5655876: Do you still need help?
To: <sungdynastycourtpapers@gmail.com>

---------- Forwarded message ---------
From: **Shaneis Garcia** <shaneis.garcia@gmail.com>
Date: Fri, Oct 28, 2022, 3:01 PM
Subject: Re: Request #5655876: Do you still need help?
To: WordPress.com Support <help@wordpress.com>


If you are going to reply do it now and not in the late hours of the morning cause that means that my emails are going to a particular account. And don't let it be that someone is trying to set me up.
[Quoted text hidden]