UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHANEIS M. GARCIA,<br><br>                              Plaintiff,<br><br>                -v.-<br><br>AUTOMATTIC INC., *et al.*,<br><br>                              Defendants. | 22 Civ. 9897 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

As discussed at the parties' conference with the Court in this matter on January 27, 2023, Plaintiff is to submit an amended complaint on or before **February 28, 2023**. The amended complaint should address — among the other matters discussed during the conference — the Court's concerns regarding whether venue is proper in the Southern District of New York.

Furthermore, the parties are directed to comply with the following briefing schedule:

- Defendants' motion to dismiss shall be filed on or before **March 31, 2023**.
- Plaintiff's opposition brief shall be filed on or before **May 15, 2023.**
- Defendants' reply brief, if any, shall be filed on or before **June 2, 2023.**

The Clerk of Court is directed to mail a copy of this Order and the pro se packet to Plaintiff at her address of record.

SO ORDERED.

Dated: January 27, 2023
New York, New York

Katherine Polk Failla

KATHERINE POLK FAILLA
United States District Judge