```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/27/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

SHANEIS M. GARCIA,

                                **Plaintiff,**

                -against-

AUTOMATTIC INC., et al.,

                                **Defendants.**

------------------------------------------------------------------X

22-CV-09897 (KPF)(SN)

**SETTLEMENT CONFERENCE ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

    A settlement conference is scheduled for Wednesday, July 26, 2023, at 2:00 p.m. EDT, and will be held telephonically. The Court will provide dial-in information by email in advance of the conference.

    The parties are directed to review and comply with the Procedures for Cases Referred for Settlement to Magistrate Judge Sarah Netburn, a copy of which is available on the Court's website at https://nysd.uscourts.gov/hon-sarah-netburn. The parties are strongly encouraged to engage in good-faith settlement negotiations before the settlement conference and preferably before the submission to the Court of the *Ex Parte* Settlement Letters and Acknowledgment Forms, which are to be submitted by Wednesday, July 19, 2023 by e-mail to Netburn_NYSDChambers@nysd.uscourts.gov. Should the parties resolve the litigation before the conference date, they must notify the Court in writing immediately.

**SO ORDERED.**

                                                                  _____
                                                                  SARAH NETBURN
Dated:     April 27, 2023                                  United States Magistrate Judge
            New York, New York